UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

    -vs- :

                 :     NO. 3:CR-07-*279*

SEAN ARNOLD :
   and
MICHAEL DARBY, :

           Defendant :

**FILED
SCRANTON**

**JUL 17 2007**

PER _____
DEPUTY CLERK

## INDICTMENT

THE GRAND JURY CHARGES:

### Count 1

From in or about June 2007 to the present, in Monroe County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the Defendants,

**SEAN ARNOLD**

**and**

**MICHAEL DARBY,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons whose identities are both known and unknown to the grand jury, to commit the following offense against the United States, namely, to knowingly, intentionally and unlawfully distribute and possess with intent to distribute in excess of 100 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## Count 2

On or about June 23, 2007, in Monroe County, Pennsylvania, within the Middle District of Pennsylvania, the Defendants,

**SEAN ARNOLD**

**and**

**MICHAEL DARBY,**

aiding and abetting each other, and aided and abetted by each other, did knowingly, intentionally and unlawfully possess with intent to distribute in excess of 100 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

**A TRUE BILL:**

7/17/07
DATE

THOMAS A. MARINO
United States Attorney